**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RALPH J. PALUMBO, JR.,

        Plaintiff,

v.

WELLS FARGO BANK, N.A.,

        Defendant.

_____/

**No. C 10-0801 RS**

**ORDER REFERRING MATTER FOR RELATED CASE DETERMINATION**

    Pursuant to Civil Local Rule 3-12(c), this matter is hereby referred to the Honorable Marilyn J. Patel for a determination as to whether it is related to In re Wells Fargo Home Mortgage Overtime Pay Litigation, C 06-01770MHP.

IT IS SO ORDERED.

Dated: 03/22/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE