*E-Filed 03/22/2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RALPH J. PALUMBO, JR., <br><br> Plaintiff, <br> v. <br><br> WELLS FARGO BANK, N.A., <br><br> Defendant. <br> _____/ | **No. C 10-0801 RS** <br><br> **ORDER REFERRING MATTER FOR RELATED CASE DETERMINATION** |

Pursuant to Civil Local Rule 3-12(c), this matter is hereby referred to the Honorable Marilyn J. Patel for a determination as to whether it is related to <u>In re Wells Fargo Home Mortgage Overtime Pay Litigation</u>, C 06-01770MHP.

IT IS SO ORDERED.

Dated: 03/22/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1

No. C 10-0801 RS
ORDER