1  Kevin J. McInerney, Esq. (46941)
   kevin@mcinerneylaw.net
2  Kelly McInerney, Esq. (200017)
   kelly@mcinerneylaw.net
3  Charles A. Jones, Esq. (224915)
   caj@mcinerneylaw.net
4  MCINERNEY & JONES
5  18124 Wedge Parkway #503
   Reno, NV 89511
6  Telephone:   (775) 849-3811
7  Facsimile:   (775) 849-3866

8  James F. Clapp, Esq. (145814)
   jclapp@sdlaw.com
9  Zachariah P. Dostart, Esq. (255071)
   zdostart@sdlaw.com
10 DOSTART CLAPP & COVENEY, LLP
11 4370 La Jolla Village Drive, Suite 970
   San Diego, CA 92122
12 Telephone:   (858) 623-4200
   Facsimile:   (858) 623-4299
13

14 *Attorneys for Plaintiff*

15

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18  RALPH PALUMBO, JR.,                  | Civil Case No. 3:10-cv-00801 EMC

19         Plaintiff,

20     v.                                 **STIPULATION AND [PROPOSED]
                                          ORDER OF DISMISSAL**
21  WELLS FARGO BANK, N.A.,

22         Defendant.

23

24

25

26

27

28

                                    1         STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: May 23, 2012         /s/ Kevin J. McInerney
                            Kevin J. McInerney
                            *Attorney for Plaintiff*

Dated: May 23, 2012         /s/ Lindbergh Porter, Jr.
                            Lindbergh Porter, Jr.
                            *Attorney for Defendant*

IT IS SO ORDERED.

_____
Honorable Edward M. Chen
United States District Judge

*IT IS SO ORDERED* — Judge Edward M. Chen, United States District Court, Northern District of California

**PROOF OF SERVICE**
*Ralph Palumbo, Jr. v. Wells Fargo Bank, N.A.*
**United States District Court, Northern District of California**
**Case No. 3:10-cv-00801 EMC**

I, the undersigned, declare as follows:

I am employed in the County of Washoe, State of Nevada.

I am over the age of eighteen (18) years and not a party to the within action; my business address is 18124 Wedge Parkway, #503, Reno Nevada, 89511.

On May 23, 2012, I served the foregoing document(s) described as:

    STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

on all interested parties in this action addressed to the addressee as follows:

| | |
|---|---|
| Lindbergh Porter, Jr., Esq. | James F. Clapp, Esq. |
| lporter@littler.com | jclapp@sdlaw.com |
| Richard H. Rahm, Esq. | Zachariah P. Dostart, Esq. |
| rrahm@littler.com | zdostart@sdlaw.com |
| LITTLER MENDELSON, PC | DOSTART CLAPP & COVENEY, LLP |
| 650 California St., 22nd Floor | 4370 La Jolla Village Drive, Suite 970 |
| San Francisco, CA 94108 | San Diego, CA 92122 |
| Telephone:   (415) 433-1940 | Telephone:   (858) 623-4200 |
| Facsimile:   (415) 399-8490 | Facsimile:   (858) 623-4299 |

<u>XX</u>   By CM/ECF. I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the above CM/ECF registrant(s).

    I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on May 23, 2012 at Reno, Nevada.

                                                  Jennifer Smith